UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL TOVAR CARRANZA, | No. C 07-1114 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 20, 2011

Marilyn Hall Patel
United States District Judge